IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the matter of

LARRY MAYNARD STENSHOEL,

        Petitioner,

                              No C-05-4922   VRW

                              ORDER

On habeas corpus.
_____/

      Petitioner Larry Maynard Stenshoel has filed a petition for writ of habeas corpus under 28 USC § 2254.  Doc # 1, filed November 29, 2005.  He now seeks an order seeking, in essence, expedited review of his petition.  He asserts, moreover, that "[n]either an evidentiary hearing nor further briefing is necessary."  Doc # 3 at 3.

      The court now orders as follows:

      (1) Petitioner is to e-file, before the close of business today, the petition and request for judicial notice filed November 29, 2005 (Doc # 1 and 2).

      (2) Petitioner is to serve by fax a copy of this order on respondent's attorneys.

\\

      **(3) Respondent is to serve and file a response, on or before 12:00 noon on Wednesday, December 21, addressing as comprehensively as the time permits the merits of the petition and procedural issues such as exhaustion requirements.  Said response shall propose an expedited schedule for further briefing, if respondent believes that further briefing would be helpful to the court.**

      **(4) Petitioner may submit a written response on or before 12:00 noon on Thursday, December 22.  After reviewing the state's response, the court will determine whether to order further briefing and/or a hearing.**

      **IT IS SO ORDERED.**

_[signature]_

**VAUGHN R WALKER**
**United States District Chief Judge**